# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135893(74)

MARKELL VANSLEMBROUCK, a Minor,
by his Next Friend KIMBERLY A.
VANSLEMBROUCK, and KIMBERLY
A. VANSLEMBROUCK, Individually,
       Plaintiffs-Appellees,

v

ANDREW JAY HALPERIN, M.D.,
MICHIGAN INSTITUTE OF GYNECOLOGY
& OBSTETRICS, P.C., and WILLIAM
BEAUMONT HOSPITAL,
       Defendants-Appellants.

_____

SC: 135893
COA: 273551
Oakland CC: 2006-074585-NH

On order of the Chief Justice, the motion by defendants-appellants for extension to September 17, 2008 of the time for filing their brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2008

_____
Clerk